# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

154277

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

KAY FRAZIER,
       Plaintiff-Appellant,

v

GREGORY M. UITVLUGT, M.D., and EAST
LANSING ORTHOPEDICS ASSOCIATION, P.C.,
       Defendants-Appellees.

SC: 154277
COA: 325241
Ingham CC: 11-000672-NH

_____/

On order of the Court, the application for leave to appeal the May 24, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017


Clerk

a0424